No. 79–5661.  THOMAS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 79–5669.  PFISTER v. ANDERSON CLINIC, INC., ET AL. C. A. 4th Cir.  Certiorari denied.

No. 79–5676.  GATTERMANN ET AL. v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 79–5682.  JASPER v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 79–5684.  BRINLEE v. CRISP, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–5689.  WILLIS v. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–5691.  McCLOUD v. FOGG, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 79–5695.  SANDERS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 79–5696.  KENNEDY v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 79–5698.  FRANCISSE v. HOLLYWOOD CHEROKEE APARTMENTS ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 79–5701.  TIAO-MING WU v. BOARD OF HIGHER EDUCATION, CUNY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–5708.  PHILLIPS v. SMITH, CORRECTIONAL SUPERINTENDENT.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.